Third Department, August, 1970

(August 6, 1970)

The People of the State of New York ex rel. Ernest Brown, Petitioner, v. J. Edwin La Vallee, as Warden of Clinton Prison, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.